UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SHELLA FLEURISMA, *individually and on behalf of all those similar situated*,

Plaintiffs,

Case No. 9:17-cv-80345-DMM

vs.

OCWEN LOAN SERVICING, LLC.,

Defendant
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant, OCWEN LOAN SERVICING, LLC., and Plaintiff, SHELLA FLEURISMA, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation of Dismissal with Prejudice of this action. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted this 27 day of July, 2017.

/s/ Jordan Alexander Shaw
Jordan Alexander Shaw, Esq.
Zebersky Payne
110 SE 6th Street
Suite 2150
Ft. Lauderdale, FL 33301
Tel: 954-361-3633
Fax: 954-989-7781
Email: jshaw@zpllp.com
Attorneys for Plaintiff

s/Barbara Fernandez
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd. – 4th FL
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Attorneys for Defendant OCWEN LOAN SERVICING, LLC.*

300218944v1 0997145

Case No. 9:17-cv-80345-DMM

## CERTIFICATE OF SERVICE

I hereby certify that on _July 27, 2017_, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jordan Alexander Shaw, Esq.
Zebersky Payne
110 SE 6th Street
Suite 2150
Ft. Lauderdale, FL 33301
Tel: 954-361-3633
Fax: 954-989-7781
Email: jshaw@zpllp.com
Attorneys for Plaintiff

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant OCWEN LOAN SERVICING, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SHELLA FLEURISMA, *individually and on behalf of all those similar situated,*

    Plaintiffs,

vs.

OCWEN LOAN SERVICING, LLC.,

    Defendant.
_____/

Case No. 9:17-cv-80345-DMM

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Stipulation for Dismissal with Prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

ORDERED and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. Each party shall bear their own attorney's fees and costs except as otherwise agreed by the parties. All pending motions between Plaintiff and Defendant are DENIED AS MOOT. The Clerk of Court shall CLOSE this case.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida on this ____ day of July, 2017.

 

_____
UNITED STATES DISTRICT JUDGE

Copies furnished:
    All counsel of record